UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joel Schneider |
| v. | : | Mag. No. 19-2018 (JS) |
| FITO ABREU | : | |

## ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (Alisa Shver, Assistant U.S. Attorney, appearing), and defendant Fito Abreu (Richard Shore, Esquire, appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately 60 days to permit the defendant and his counsel time to review informal discovery provided earlier today and to engage in plea negotiations, if the defendant desires to do so; the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b); the defendant having consented to this continuance; and defendant having waived his right to a speedy trial, and for good cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant and his counsel have expressed a need to review the informal discovery materials provided by the United States, to confer to discuss how to proceed, and to engage in plea negotiations, if appropriate;

(2) The defendant has consented to the continuance; and

-1-

(3) Pursuant to Title 18, United States Code, Sections 3161(h)(1)(A) and 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 3rd day of June, 2019,

ORDERED that this action be, and hereby is, continued for a period of approximately 60 days from the date of the entry of this Order to and including August 5, 2019, and it is further

ORDERED that the period from the date of the entry of this Order through and including August 5, 2019, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. JOEL SCHNEIDER
United States Magistrate Judge

Seen and agreed to by:

ALISA SHVER
Assistant U.S. Attorney

RICHARD SHORE, ESQUIRE
Counsel for Defendant Fito Abreu

-2-