~~XXO~~ JOSUE PICHARDO #19-MJ-2018
SALEM COUNTY CORRECTIONAL #57663.
125 CEMETERY ROAD.
WOODSTOWN NEW JERSEY-
08098.

**RECEIVED**

JUL 16 2021

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

LETTER OF CULPABILITY,
REMORSE, RESPONSABILITY,
AND ACCEPTANCE.

RECEIVED IN
CHAMBERS OF

JUL 12 2021

RENÉE MARIE BUMB, U.S.D.J.

IN-RE: SENTENCING.

TO: HONORABLE MAGISTRATE
RENEE MARIE BUMB.

I AM JOSUE PICHARDO IN THE ABOVE CAPTIONED MATTER AND PRESENTLY INCARCERATED AT SALEM COUNTY CORRECTIONAL Facility, AT 125 CEMETARY ROAD, WOODSTOWN NEW JERSEY... 08908.

OR ABOUT AUGUST, 12, 2021 FOR THE PURPOSE OF SENTENCING, HONORABLE RENEE-MARIE BUMB. I SHALL COME BEFORE YOU ON

I'VE BEEN CHARGED WITH, C.D.S. IN VIOLATION OF 21 U.S.C. §841(a)(b)(1)(b) I HAVE TAKEN ALL RESPONSABILITIES, FOR MY ACTIONS, I'VE CO-OPERATED WITH THE JUDICIAL SYSTEM. SO TO NOT MAKE THINGS HARDER THAN THEY ALREADY ARE.

WITH MY LETTER OF CULPABILITY, REMORSE, RESPONSABILITY, AND ACCEPTANCE, I'D LIKE TO TAKE THIS TIME TO ADDRESS THE DISTRICT COURT, MY FAMILY, FRIENDS, SOCIETY, AND ALL PARTIES OF THIS LITTIGATION, JUSTICE SYSTEM, AS WELL AS DISTRICT PROSECUTOR'S.

(1RST: I'D LIKE TO ASK ALL OF THE ABOVE MENTIONED FOR FORGIVENESS, FORGIVENESS FOR MY IGNORANCE AND WRONG DECISSION MAKING AS AN ADULT, WHOM SUPPOSED TO HAVE NO EXCUSES AND BE RESPONSIBLE FOR EVERY DECISSION AND ACTION TAKEN ON MY BEHALF...

(2ND: I TAKE FULL RESPONSABILITY, AND COMPLETLY APOLIGIZE, REMORSEFULLY, FOR ANY AND EVERYONES LIFES THAT I MAY HAVE AFFECTED...

(3RD: I'VE NEVER HAD RESPONSABILITIES, OR ANYTHING MUCH TO BE PROUD OF, EXEPT MY SELF, UNTIL NOT TO LONG AGO, I'VE BECOME A FATHER, OF AN AMAZING BABY GIRL. THIS IS MY FIRST CHILD, CLOSE TO TWO YEARS OLD NOW, AND I'VE NEVER BEEN ABLE TO HOLD HER IN MY ARMS, OF COURSE TO COVID AND THE RESTRICTIONS ON VISITATIONS ⟶

Continued From: (3RD) — THE WHOLE WORLD WENT THROUGH ROUGH, AND BAD TIMES ECONOMICALLY, BUT THE WHOLE WORLD DID NOT TURN TO COMMITTING CRIMES FOR PROFIT OF MONIES. So I'm NOT GOING TO BLAME COVID LIKE ALL THE WORLD ELSE HAS DONE -- THEIR WERE MILLIONS OF OTHER PEOPLE WHOM ALSO WENT THROUGH TOUGH ECONOMIC CRISIS, BUT DID NOT TURN TO CRIME FOR PROFIT OF MONIES. I could have done the same

(4RTH: I REALIZE THAT SOME MEN TAKE LONGER THAN OTHERS TO MATURE AND KNOWING THEIR PLACE IN LIFE, KNOWING WHERE YOU ARE IN LIFE, WHERE YOUR GOING,?? GETTING TO KNOW YOUR-SELF,,, I SUPPOSE I WAS ONE OF THOSE MEN WHO TOOK TO LONG TO MATURE.

ITS THE ONLY CONCLUSION THAT I CAN COME UP WITH AFTER FULLY, AND COMPLETELY EVALUATING MY SELF.

(5TH: BETTER NOW THAN NEVER, TO KNOW THAT YOU HAVE TO BE DUMB, AND YOUNG, BEFORE BECOMING OLD AND WISE ..... STRUGGLING TO MAKE END'S MEET IS PART OF LIVING IN THE UNITED STATES AND BEING AMERICAN.

LIBERTY AND FREEDOM HAS NO PRICE, SO I ACCEPT PAYING MY DEBT TO SOCIETY.

(6TH: FINALLY, I'D LIKE TO ASK THIS HONORABLE COURT'S MAGISTRATE FOR CONSIDERATION UPPON SENTENCING, THAT I MAY BE SENTENCED TO A LOWER TERM, I LEAVE ALL AT YOUR DESCRETION, I GREATLY APPRICIATE YOUR COMPATION AND UNDERSTANDING, I'M SURE YOU'VE HEARD IT ALL FROM DEFENDANTS UPON SENTENCING DATE. THAT WE ALL MAY WANT A LOWER SENTENCE, LEANIENCY, OR CONSIDERATION.

IM SURE THERE'S NOTHING YOU HAVE NOT HEARD ON DEFENDANTS PLEAS FOR LEANANCY.

BUT VERY IMPORTANT FOR ME TO SAY IS THAT, LIFE EXPECTANCY FOR US LATINO AMERICANS IS ABOUT 70 YEARS OF AGE, APPROXAMATLEY. SO I'VE COME TO THE CONCLUSION THAT I DON'T WANT TO SPEND THE REST OF MY 20, OR 30 YEARS THAT I HAVE LEFT OF MY LIFE, BEING BEHIND BARS, and IN PRISON. I WANT TO SPEND THE REST OF MY LIFE RAISING MY CHILDREN, I KNOW THAT I WILL NOT GET ANOTHER LIFE AFTER THIS ONE.

I'D LIKE TO THANK YOU VERY MUCH FOR TAKING YOUR TIME, YOUR ATTENTION AND CONSIDERATION, and Interest IN MY PLEAS, YOURS TRUULLY.

DATED: 7/4/2021

X Josue Richards

Fito Abreu 57663
Salem County Facility
125 Cemetery Road
Woodstown, NJ. 08098

Case 1:21-cr-00289-RMB Document 40 Filed 07/16/21 Page 3 of 3 PageID: 138

TRENTON NJ 085
6 JUL 2021 PM 5

RECEIVED
JUL - 9 2021
AT 8:30____M
WILLIAM T. WALSH

Hon. ReneeMarie Bumb
United States District Judge
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Camden New Jersey 08101

08102-157101