# Gregory J. Pagano, P.C.
**ATTORNEY AT LAW**

| | |
|---|---|
| Gregory J. Pagano | 1315 Walnut Street, 12th Floor |
| Sarah A. Jones* | Philadelphia, PA 19107 |
| George V. Troilo | Phone: 215-636-0160 |
| Henry M. George* | Fax: 215-636-0164 |
| Licensed PA & NJ* | www.paganolaw.net |
| | Email: info@paganolaw.com |

October 26, 2021

Honorable Renée Marie Bumb
United States District Judge
District of New Jersey
1 John F. Gerry Plaza
Camden, NJ 08101

      Re: *United States v. Josue Pichardo. a/k/a Josue Pichaldo. a/k/a Fito Abru. a/k/a Rodolfo Abreu.* Crim. No, 21-289

Your Honor:

      Due to previously scheduled court commitments, I am not available on November 2, 2021, the date the Court scheduled a conference to discuss the defendant's request to withdraw his guilty plea.

      Additionally I should note that the defendant called my office on October 27, 2021, and informed my staff that he would like to obtain new counsel.

      I am available on the following dates and times, as is AUSA Alisa Shver; 11/2/21 after 2 pm, 11/4 after 11:30 am, 11/15 after 11:30, 11/23 all day.

      Thank you for your consideration, I remain,

Very truly yours,

Gregory J. Pagano