TRULINCS  72419050 - ABREU, FITO - Unit: PHL-D-N

---------------------------------------------------------------------------------------------------------

FROM: 72419050
TO: ████████████
·SUBJECT: Court
DATE: 11/02/2021 09:10:56 PM

Dear Honorable Renee Marie Bumb,

      My name is Josue Pichardo 72419-050 and i respectfully ask the court to appoint me new counsel. My lawyer Gregory J. Pagano and i are having irreconcilable differences. I recently sent a letter to the court about false information that my lawyer Gregory J. Pagano told me about my guideline sentence range for sentencing in which i was induce into pleading out and i was expecting a sentence in the guideline range that we discuss. And now communications between us has shutdown. I respectfully ask the court to appoint me new counsel that speaks Spanish because i don't understand English that well. Thank you so much Honor.

Respectfully Submitted,

*[signature]*

RECEIVED

NOV - 8 2021

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Fito Abreu 72419-050
FDC PHILADELPHIA
P.O Box 562
Phila, PA 1905

PHILADELPHIA PA 190

3 NOV 2021    PM 10 L

72419-050
Mitchell H Cohen Courthouse
4 Linden ST
Room 1050
Camden, NJ 08102
United States

WILLIAM T. WALSH
CLERK

08102-162904