# KING
## LAW OFFICE LLC

STANLEY O. KING

231 South Broad Street
Woodbury, New Jersey 08096
Tel: (856) 845-3001
Fax: (856) 845-3079
stan@kingslaw.com

August 8, 2022

Honorable Renée Marie Bumb, U.S.D.J.
United States District Court
District for New Jersey
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza
Camden, NJ 08101

      Re:    United States v. Josue Pichardo
               Criminal No. 21-00289-001 (RMB)

Dear Judge Bumb:

      I was appointed by Your Honor on November 23, 2021, to represent Josue Pichardo in the above matter. Prior to my appointment, Mr. Pichardo plead guilty on April 7, 2021, to an information charging him with distribution and possession with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, in violation of 21 U.S.C. Section 841(a)(1) and 841 (b)(1)(B), on or about March 7, 2019, in Camden County.

      After reviewing the circumstances surrounding Mr. Pichardo's case, including his arrest, it was determined that this information was inaccurate. Specifically, although Mr. Pichardo did possess 100 grams or more of heroin, he did so in Pennsylvania, not in Camden County. The substance that he distributed and possessed with intent to distribute in Camden County on or about March 7, 2019, was fentanyl. In light of this development, and in the interest of justice, the defendant and the government respectfully request that Mr. Pichardo be permitted to withdraw his previous guilty plea and be allowed to enter a new plea to a Superseding Information, on a date and time suitable to Your Honor's schedule. The parties respectfully submit that the above constitutes a "fair and just reason" to allow the defendant to withdraw his prior plea of guilty, under Federal Rule of Criminal Procedure 11(d)(2)(B). Mr. Pichardo has already executed a new plea agreement and is prepared to file his Rule 11 application. I understand the Government will shortly transmit to chambers the proposed Superseding Information and signed plea agreement.

      The parties are available to discuss this matter with Your Honor. I thank Your Honor in advance for your consideration and favorable response.

Respectfully submitted,

_____
Stanley O. King

Cc: Elisa T. Wiygul
    Josue Pichardo